UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCHOLZ DESIGN, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LEWIS and LAURA LEWIS, husband and wife; and SPOKANE STRUCTURES, INC., a Washington corporation,<br><br>　　　　　　Defendants. | NO. CV-07-0034-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL** |

　　Before the Court, without oral argument, is the parties' Stipulation of Dismissal (Ct. Rec. 15).  The parties seek dismissal of the action with prejudice and without award of costs or attorneys' fees pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  This stipulation ends the case; therefore, the file shall be closed.

　　**ACCORDINGLY, IT IS HEREBY ORDERED**: the Stipulation of Dismissal **(Ct. Rec. 15)** is **GRANTED**, Plaintiff's complaint is dismissed with prejudice and without award of costs or attorneys' fees.  The file shall be **closed.**

　　**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and provide copies to counsel.

　　**DATED** this 30th day of July 2007.


　　　　　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　United States District Judge

Q:\Civil\2007\0034.stip.dismiss.wpd

ORDER ~ 1